UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:26-cv-03049-SSS-DMK | Date | June 9, 2026 |
| --- | --- | --- | --- |
| Title | *Modesto Martinez Correa v. Mark Bowen et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
| --- | --- |

| Irene Vazquez | Not Reported |
| --- | --- |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| --- | --- |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DENYING PETITIONER'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER [DKT. NO. 2]**

Before the Court is Petitioner Modesto Martinez Correa's ex parte application for a temporary restraining order.  ["Application," Dkt. No. 2].  The Court finds this matter appropriate for resolution without a hearing.  *See* Fed. R. Civ. P. 78; L.R. 7-15.  After considering the papers filed in support of the matter, the Court **DENIES** the Application.

On June 3, 2026, Petitioner filed the instant Application.  On June 5, 2026, the Court ordered Respondents to file a response to Petitioner's Application.  [Dkt. No. 7].  Respondents filed an opposition on June 8, 2026.  [Dkt. No. 8].  On the same date, Petitioner filed a response stating, "Petitioner acknowledges that General Order 26-05 provides an accelerated briefing schedule and that is sufficient to meet the request of the Petitioner."  [Dkt. No. 9].  Given Petitioner's concession that the accelerated briefing schedule outlined in General Order 26-05 is sufficient, the Court **DENIES** the Application **WITHOUT PREJUDICE**.

//

The Court directs the parties to present all subsequent matters in this case to the Magistrate Judge.

**IT IS SO ORDERED**.