UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Modesto Martinez Correa,

Petitioner,

v.

Markwayne Mullin, et al.,

Respondents.

Case No. 5:26-cv-03049-SSS-DMK

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, the Magistrate Judge's Report and Recommendation and objections to the Report and Recommendation that were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;

2. The Petition is granted;

3. Petitioner Modesto Martinez Correa (A# 220-486-891) is to be released from custody immediately on Petitioner's prior conditions of release;

4. Respondents shall immediately return any confiscated property and documents to Petitioner upon release;

5. Respondents shall not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community (for the avoidance of doubt, the Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the foregoing standard);

6. Respondents must file a notice of compliance within 72 hours of entry of Judgment;

7. Judgment shall be entered granting the Petition and enjoining Respondents as set forth above;

8. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

//

It is hereby ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED.

DATED: August 20, 2026

Honorable Sunshine S. Sykes
United States District Judge