JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Modesto Martinez Correa,<br>Petitioner,<br>v.<br>Markwayne Mullin, et al.,<br>Respondents. | Case No. 5:26-cv-03049-SSS-DMK<br><br>JUDGMENT |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

It IS ADJUDGED that the Petition for Writ of Habeas Corpus is granted.

DATED: August 20, 2026

Honorable Sunshine S. Sykes
United States District Judge